UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVEN NEELEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00665-JPH-MJD |
| | ) |
| FEDEX CORPORATION d/b/a FEDEX EXPRESS, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON JURISDICTION**

Plaintiff, Steven Neeley, has filed an amended complaint raising only a state-law claim for failure to pay wages under the Indiana Wage Claims Statute. Dkt. 32. He alleges that the Court has supplemental jurisdiction to hear the claim under 28 U.S.C. § 1367. *Id.* That statute, however, provides jurisdiction over state-law claims "that are so related" to claims over which the Court has original jurisdiction "that they form part of the same case or controversy." 28 U.S.C. § 1367(a). Mr. Neely's amended complaint does not allege that the Court has original jurisdiction over any claims. *See* dkt. 32. It thus appears that the Court cannot exercise supplemental jurisdiction over his claim. *See Lyons v. Morris*, 835 Fed. App'x 136, 137 (7th Cir. 2021) (unpublished) ("[A] district court cannot exercise supplemental jurisdiction over state-law claims unless a federal claim is also 'properly brought' before it. Because Lyons's complaint in this case did not state any claim within federal

1

jurisdiction, the district court had no choice but to dismiss." (citing *Bailey v. City of Chicago*, 779 F.3d 689, 696 (7th Cir. 2015)).

Mr. Neely therefore **SHALL SHOW CAUSE by September 29, 2023** why this case should not be dismissed without prejudice for lack of jurisdiction.

**SO ORDERED.**

Date: 9/6/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel